IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRAHAM, et al., | : | |
|     Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | 1:19-CV-00281-SPB |
| DMG MORI USA, INC., | : | |
|     Defendant. | : | |
| | : | |

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

SHAFER LAW FIRM, P.C.

Date: 12/31/2019

By: /s/ Jason D. Reagle
**Jason D. Reagle, Esquire**
**Supreme Court ID No. 209813**
Attorneys for Plaintiffs
212 West Central Avenue
Titusville, PA  16354
Tel.: (814) 827-2789

**LITCHFIELD CAVO LLP**

Date: 12/31/2019

By: /s/ Trisha A. Gill
**Trisha A. Gill, Esquire**
**Christopher M. Moreland, Esquire**
Attorneys for Defendant
DMG MORI USA, INC.

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Date: 1/2/2020

_____
SUSAN PARADISE BAXTER
DISTRICT JUDGE
UNITED STATES DISTRICT COURT